## OHIO SUPREME COURT—Continued

19027—Wheeling Traction Co. v. Public Utilities Commission; error to Commission. Dismissed on motion of plaintiff in error and at its costs. Dock. 3-18-25, 3 Abs. 198.

### MOTION DOCKET

18700—Morris Luff v. State of Ohio. Motion by plaintiff for leave to amend pet. err. Allowed. Dock. 7-14-24, 2 Abs. 452.

18922—Cambridge (City) v. Cambridge Body Mfg. Co. et al. Motion to Guernsey Appeals to certify. Overruled. Dock. 1-19-25, 3 Abs. 66.

18922—Cambridge (City) v. Cambridge Body Mfg. Co. Motion by defendant to strike from the files motion to certify. Overruled. Dock. 1-19-25, 3 Abs. 66.

18946—Floyd J. Youngs v. New York Central Rd. Co. Motion to Lucas Appeals to certify. Motion withdrawn. Dock. 2-9-25, 3 Abs. 98; OA. 3 Abs. 24.

18983—State of Ohio v. George Klingenberg. Motion to file pet. in err. to Crawford Appeals. Allowed. Dock. 2-27-25, 3 Abs. 146; OA. 3 Abs. 168.

18999—Charles H. Fredericks v. James L. Coats, et al. Motion to Hancock Appeals to certify. Overruled. Dock. 3-6-25, 3 Abs. 162.

19005—G. Z. Weintraub v. Ohio Bell Telephone Co. Motion to Cuyahoga Appeals to certify. Allowed. Dock. 3-7-25, 3 Abs. 162; OS. Pend. 3 Abs. 217.

19007—Grace Y. DuVall et al. v. George C. Faulkner et al. Motion to Hancock Appeals to certify. Allowed. Dock. 3-10-25, 3 Abs. 162.

19008—Delta M. Byers v. Preston W. Heacock. Motion to Franklin Appeals to certify. Overruled. Dock. 3-10-25, 3 Abs. 162.

19009—Nettie Darling v. Quinn Nusser et al. Motion to Hancock Appeals to certify. Overruled. Dock. 3-10-25, 3 Abs. 162.

19010—Pennsylvania Trust Co. v.d Bran Electrical Co. Motion to Hamilton Appeals to certify. Overruled. Dock. 3-10-25, 3 Abs. 162; OS. Pend. 3 Abs. 217.

19014—A. C. Carter v. Warren C. Campbell. Motion to Cuyahoga Appeals to certify. Overruled. Dock. 3-12-25, 3 Abs. 184.

19015—C. C. C. & St. L. R R Co. v. Henry Potter. Motion to Cuyahoga Appeals to certify. Allowed. Dock. 3-12-25, 3 Abs. 184.

19017—City View Apartment and Storage Co. v. Samuel F. Ziliox. Motion to Summit Appeals to certify. Overruled. Dock. 3-13-25, 3 Abs. 184.

19019—Marion I. Wreath v. Lillian K. Keuhn. Motion to Lucas Appeals to certify. Overruled. Dock. 3-14-25, 3 Abs. 184; OA. 3 Abs. 179.

19020—Bucyrus Provident Co. v. E. J. Knappenberger. Motion to Crawford Appeals to certify. Overruled. Dock. 3-16-25, 3 Abs. 184; OS. Pend. 3 Abs. 269.

19049—Central Storage Warehouse Co. v. H. A. Pickering. Motoin to Cuyahoga Appeals to certify. Allowed. Dock. 3-30-25, 3 Abs. 214; OS. Pend. 3 Abs. 216.

19073—Stanley Rodovich v. State of Ohio. Motion for leave to file pet. err. to Summit Appeals. Overruled. Dock. 4-13-25, 3 Abs. 249.

19079—Wm. Polk, Pres., et al., etc., v. Cleveland Ry. Co. Motion to Cuyahoga Appeals to certify. Dock. 4-20-25, 3 Abs. 265; OA. 3 Abs. 258.

---

## Abstracts of Last Week's SUPREME COURT OPINIONS

### SYLLABI

No. 18564—City of Cincinnati v. American Telephone & Telegraph Co.

No. 18565—The City of Cincinnati v. Norfolk & Western Railway Co.

No. 18566—The City of Cincinnati v. Western Union Telegraph Co.

Error to the Court of Appeals of Hamilton county.

1159. TAXATION—Occupational tax on telegraph, telephone and railroad companies by municipality not permissible as preempted by state.

ROBINSON, J.

1. Sections 5483, 5485 and 5486, respectively, lay an occupational tax upon telephone companies, telegraph companies and railroad companies.

2. The power granted to municipalities by Section 3, Article XVIII of the Constitution of the state of Ohio, to lay an occupational tax in the exercise of its powers of local self-government does not extend to fields within such municipality which have already been occupied by the state.

Judgments affirmed.

Matthias, Day and Kinkade, JJ., concur. Jones, J., concurs in the judgment.

No. 18691—Mary I. Reinbolt v. Joseph F. Reinbolt. Error to the Court of Appeals of Sandusky county.

857. NUNC PRO TUNC ENTRIES—Court cannot make after term, except to make entry truthful.—And not to alter its conclusion.

ROBINSON, J.

1. The power of the trial court to make an entry nunc pro tunc after term, does not extend beyond the power to make the journal entry speak the truth.

2. A trial court is without power to alter his conclusion by nunc pro tunc entry at a term subsequent to the term of the original entry.

Judgment affirmed.

Jones, Matthias, Day, and Allen, JJ., concur. Kinkade, J., not participating.

---

## Weekly Abstract of PENDING CASES

No. 452

STATE ex, v. HESS, Auditor
No. 19018. Supreme Court.

1157. TAXATION—Does fact that income, rents and profits of real estate is used for the purpose of endowments, and support of schools for free education of youths, make property from which said incomes are derived tax exempt under 5349 GC?

Edward Boss and the Union Savings Bank